No. 60,939

STATE OF KANSAS, *Appellee,* v. ROBERT LYNN LUCAS, *Appellant.*
(767 P.2d 1308)

Opinion on rehearing filed January 20, 1989. (For original opinion, see *State v. Lucas,* 243 Kan. 462, 759 P.2d 90 [1988].)

*Karen Mayberry,* assistant appellate defender, argued the cause, and *Rosanne Piatt,* assistant appellate defender, and *Benjamin C. Wood,* chief appellate defender, were on the briefs for appellant.

*Dennis·W. Moore,* district attorney, argued the cause, and *Michael B. Buser,* assistant district attorney, and *Robert T. Stephan,* attorney general, were with him on the brief for appellee.

The opinion of the court was delivered by

McFARLAND, J.: In our original opinion, defendant's conviction of the child abuse of Shannon Woodside was affirmed, and his convictions of felony murder and child abuse of Shaina Woodside were reversed and the case was remanded for further proceedings. Subsequently, the State filed a motion for rehearing. The motion was granted on August 26, 1988.

The case was reargued on December 8, 1988. After due consideration, we affirm our original opinion.

MILLER, C.J., and SIX, J., dissenting.

HERD, J., I reassert my dissent to the original opinion.